# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 99-1149

—————

United States of America,      *

    *

      Appellee,      *

    *    Appeal from the United States

v.      *    District Court for the

    *    District of Nebraska.

Jeffrey Allan Harrison,      *

    *      [UNPUBLISHED]

      Appellant.      *

—————

Submitted:  December 3, 1999
Filed:  December 9, 1999

—————

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

—————

PER CURIAM.

Jeffrey Allan Harrison appeals the judgment entered by the District Court[1] following his guilty plea to drug offenses.  For reversal, he argues that the District Court erred in denying his motion to suppress evidence.  Because there is no indication in the record before us that Harrison entered into a conditional guilty plea, preserving the right to appeal the denial of his suppression motion, we conclude Harrison has waived his right to appeal the issue.  See Fed. R. Crim. P. 11(a)(2); United States v.

———————————

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

Jennings, 12 F.3d 836, 839 (8th Cir. 1994); United States v. Stewart, 972 F.2d 216, 217-18 (8th Cir. 1992).  Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.